AUSA:   Grant Newman                  Telephone:  (989) 895-5712
Special Agent:   Julio Coronado       Telephone:  (810) 989-5056

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

## Eastern District of Michigan

United States of America
   v.

Ruben Perez-Roblero,
a/k/a Ruben Perez Roblero

Case: 4:26-mj-30021
Judge: Ivy, Curtis
Filed: 01-13-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 8, 2026 _____ in the county of _____ Lapeer _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C § 1326 | Unlawful Reentry Following Removal |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Julio Coronado, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __January 13, 2026__

_____
Judge's signature

City and state:  Flint, Michigan

Hon. Curtis Ivy, Jr.,United States Magistrate Judge
Printed name and title

## <u>AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT</u>

I, Julio J. Coronado, declare the following under penalty of perjury:

1.      I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol.  I have been employed in this capacity since June 11, 2007.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Ruben PEREZ-ROBLERO, which attests the following:

2.      The information set forth below is for the limited purpose of establishing probable cause.  Therefore, this affidavit does not necessarily contain all the information collected during my investigation

3.      Ruben PEREZ-ROBLERO is a forty-nine-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.      On June 7, 2013, PEREZ-ROBLERO was arrested by U.S. Border Patrol agents at or near Wilcox, AZ. Disposition: PEREZ-ROBLERO was processed as an

1

Expedited Removal and was returned to Mexico via the Nogales, AZ port of entry on June 9, 2013.

5.     On June 14, 2013, PEREZ-ROBLERO was arrested by U.S. Border Patrol agents at or near Calexico, CA. Disposition: PEREZ-ROBLERO was processed as an Expedited Removal and was returned to Mexico via the Calexico, CA port of entry on June 16, 2013.

6.     On October 6, 2013, PEREZ-ROBLEO was arrested by the Ownsboro Police Department at or near Ownsboro, Kentucky for "OP MTR VEH U/INFLUENCE ALC/ DRUGS/ ETC .08, FAILURE TO GIVE RIGHT OF WAY TO EMERGENCY VEHICLE," and "NO OPERATORS/ MOPED LICENSE."

7.     On May 3, 2014, PEREZ-ROBLERO was arrested by the U.S. Border Patrol at or near Pisinemo, AZ. PEREZ-ROBLERO'S Prior Order of Removal was Reinstated, and on May 5, 2014 he was charged under 8 U.S.C. § 1325 (illegal entry) and sentenced to 60 days imprisonment by the United States District Court in Tucson, AZ. PEREZ-ROBLERO was returned to Mexico via the Nogales, Arizona port of entry on July 2, 2014.

8.     On January 8, 2026, PEREZ-ROBLERO was arrested by the U.S. Border Patrol in Lapeer, Michigan, within the Eastern District of Michigan, during a vehicle stop. During the vehicle stop PEREZ-ROBLERO readily admitted to entering

2

the United States illegally and not having any type of permission to be in the United States legally.

9. PEREZ-ROBLERO was transported to the Marysville Border Patrol Station for further investigation and processing. While in custody, Border Patrol Agents obtained a fingerprint match which confirmed that the PEREZ-ROBLERO in custody is a native and citizen of Mexico, and is the same person who was ordered removed to Mexico by a designated official on June 9, 2013, June 16, 2013, and July 2, 2014.

10. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

11. Review of the alien file (A# xxx xxx 245) for PEREZ-ROBLERO, and queries in U.S. Border Patrol computer databases confirm no record exists of PEREZ-ROBLERO obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on July 2, 2014.

3

12.    Based on the above information, I believe there is probable cause to conclude that on or about January 8, 2026, at or near Lapeer, Michigan, in the Eastern District of Michigan, Ruben PEREZ-ROBLERO, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about July 2, 2014, at or near the Nogales, Arizona port of entry, and not having obtained the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of 8 U.S.C. § 1326(a).

_____
Julio J. Coronado, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge

4